| | |
|---|---|
| 1 | Judge Coughenour |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED AT 1507 NE 341st AVENUE, WASHOUGAL, WASHINGTON, its Buildings, Improvements, Appurtenances, Fixtures, Attachments and Easements, <br><br> REAL PROPERTY LOCATED AT 4640 MOSQUITO LAKE ROAD, DEMING, WASHINGTON, its Buildings, Improvements, Appurtenances, Fixtures, Attachments and Easements, and <br><br> REAL PROPERTY IDENTIFIED AS TAX PARCEL # 370503 200310 0000 and 370503 152300 0000 LOCATED AT MOSQUITO LAKE ROAD, DEMING, WASHINGTON, its Buildings, Improvements, Appurtenances, Fixtures, Attachments and Easements. <br><br> Defendants. | NO. C05-0171C <br><br> STIPULATION FOR INTERLOCUTORY SALE OF THE REAL PROPERTY LOCATED AT 1507 NE 341st AVENUE, WASHOUGAL, WASHINGTON AND FORFEITURE OF A PORTION OF THE NET SALES PROCEEDS <br><br> (Title vested in the name of Tamra Paranteau) |

The undersigned parties in this action, the United States of America and Claimant

STIPULATION FOR THE INTERLOCUTORY SALE OF
1507 NE 341st AVENUE, WASHOUGAL, WASHINGTON–1
(C05-0171C)

1  Tamra Paranteau and Claimant William Paranteau by and through their respective
2  undersigned counsel, hereby stipulate and agree to the Interlocutory Sale of the real
3  property located at 1507 NE 341st Avenue, Washougal, Washington (hereinafter
4  "defendant real property"), as follows:

5   1.   This is a civil case, wherein the above identified property has been named
6  as a defendant asset in a civil forfeiture action, seeking forfeiture pursuant to Title 21,
7  United States Code, Section 881(a)(6), as proceeds of alleged violations of Title 21,
8  United States Code, Section 841(a)(1), and pursuant to Title 18, United States Code,
9  Section 981(a)(1)(A), as property involved in money laundering transactions, or property
10 traceable to such property,  in violation of Title 18, United States Code, Section
11 1956(a)(1)(B)(i).  The property has also been included in the Criminal Forfeiture
12 Allegations contained in the Information filed on July15, 2005 in *United States v. William*
13 *Paranteau*, CR05-0275RSM.

14   2. The defendant real property is located in Clark County, State of Washington,
15 and is more particularly described as follows:

16   The South 680 feet of the North 964.90 feet fo the East half
      of the Northwest quarter of Section 28, Township 2 North,
17    Range 4 East, Willamette Meridian, Clark County,
      Washington
18
    PARCEL  NUMBER:      141800-000
19
   The defendant real property was acquired by Tamra Paranteau  in March, 2003.
20
   3.   The parties hereby stipulate and agree that it is in the best interest of all
21
   the parties for the property to be sold in an interlocutory sale to avoid economic waste,  to
22
   pay off the deed of trust beneficiary and to deposit the remaining funds after deduction of
23
   the costs of the sale, to be held as a substitute <u>res</u> during the pendency of the civil
24
   forfeiture litigation.
25
   4.   The purchase price of the defendant real property will be a cash price.
26
   5.   The parties agree that the net proceeds from the sale of the defendant real
27
   property will include all money realized from the sale of the defendant property, except
28

STIPULATION FOR THE INTERLOCUTORY SALE OF
1507 NE 341st AVENUE, WASHOUGAL, WASHINGTON–2
(C05-0171C)

the following, which, upon closing of the sale, are to be disbursed as follows:

    a)    real estate commissions, if any, and any other costs associated with the marketing and sale of the defendant real property;

    b)    The amounts due the lienholder, Countrywide Home Loans, pursuant to its promissory note and deed of trust. Stewart Title, the escrow agent, will submit to the United States at the time of closing, an itemized statement of all funds due to pay in full on the note and deed of trust.

    c)    Amounts due the holder of any other valid liens which were recorded prior the time plaintiff's notice of *Lis Pendens* was recorded, including

        i) Real estate property taxes which are due and owing;

        ii) Insurance costs, if any, paid by the lienholder, Countrywide Home Loans;

    d)    Escrow fees;

    e)    Document recording fees not paid by the buyer;

    f)    Title fees; and

    g)    County transfer taxes.

9.    The balance of the sale proceeds, including the earnest money payment and down payment, will be paid by the escrow agent to the United States in the form of a check issued to the United States Marshals Service to be deposited in the United States Marshal's Service Seized Asset Deposit Fund pending the conclusion of the forfeiture proceedings and further order of the Court.

10.    Plaintiff and Claimants Tamra Paranteau and William Paranteau hereby agree to substitute the net sales proceeds realized from the sale of the defendant property as a "substitute *res*" for the defendant real property in this lawsuit, and as substitute property in any related criminal case. The Court shall retain jurisdiction over the net

STIPULATION FOR THE INTERLOCUTORY SALE OF
1507 NE 341st AVENUE, WASHOUGAL, WASHINGTON–3
(C05-0171C)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

sales proceeds until the conclusion of the forfeiture proceedings.

11. Claimants Tamra Paranteau and William Paranteau agree to forfeit all of the net sales proceeds except for the sum of $10,000 which will be returned to Claimant Tamra Paranteau through her attorney after William Paranteau enters his guilty plea in criminal case number CR05-0275RSM.

12. The claimants further agree to the entry of a Consent Judgment of Forfeiture, forfeiting the remaining net proceeds of the sale of the Washougal property and the net proceeds of the interlocutory sale of the defendant real property located at 4640 Mosquito Lake Road, Deming, Washington, as set forth in the plea agreement of William Paranteau in case no. CR05-0275RSM. In addition, also consistent with the plea agreement, the United States agrees that after William Paranteau is sentenced the United States will dismiss this action with respect to the real property identified as Tax Parcels # 370503 200310 0000 and 370503 152300 0000 at Mosquito Lake Road, Deming, Washington.

13. Petitioners Tamra Paranteau and William Paranteau agree to release and hold harmless the United States, the United States Department of Justice, the Drug Enforcement Administration, and any agents, servants, and employees of the United States acting in their individual or official capacities, from any and all claims by Tamra Paranteau and William Paranteau and their agents which currently exist or which may arise as a result of the United States' forfeiture action against the above listed real property, and seizure and forfeiture of the above-listed real property.

14. Petitioner Tamra Paranteau and William Paranteau understand and agree that by entering into this Stipulated for Interlocutory Sale they waive any rights to further litigate against the United States their interest in the above-listed real properties.

\\
\\
\\

STIPULATION FOR THE INTERLOCUTORY SALE OF
1507 NE 341st AVENUE, WASHOUGAL, WASHINGTON–4
(C05-0171C)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

15. Each party shall bear its own attorneys fees and related costs in association with this Stipulation.

DATED this _____ day of _____, 2005.

                                        Respectfully submitted,

                                        JOHN McKAY

| /s/ Richard E. Cohen | /s/ Marc D. Blackman |
|---|---|
| RICHARD E. COHEN | MARC D. BLACKMAN |
| Assistant United States Attorney | Attorney for William C. Paranteau |
| 700 Stewart Street, Suite 5220 | Ransom Blackman, LLP |
| Seattle, Washington 98101 | 1001 S.W. Firth Avenue, Suite 1400 |
| 206/ 553-2242; fax 206/ 553-6934 | Portland, Oregon 97204-1144 |
| Richard.E.Cohen@usdoj.gov | 503-228-0487; 503-227-5984 (fax) |
|  | Marc@ransomblackman.com |
|  |  |
| /s/ Sarah Y. Yogel | /s/ William C. Paranteau |
| SARAH Y. VOGEL | WILLIAM C. PARANTEAU |
| Assistant United States Attorney | Claimant |
| 700 Stewart Street, Suite 5220 |  |
| Seattle, Washington 98101-1271 |  |
| 206-553-7970; fax 206-553-4440 |  |
| Sarah.Vogel@usdoj.gov |  |
|  | /s/ Per C. Olson |
|  | PER C. OLSON |
|  | Attorney for Tamra L. Paranteau |
|  | Hoevet Boise & Olson, P.C. |
|  | 1000 S.W. Broadway, #1500 |
|  | Portland, OR 97205 |
|  | 503-228-0497; 503-228-7112 (fax) |
|  | Polson@hoevet-boise.com |
|  |  |
|  | /s/ Tamra L. Paranteau |
|  | TAMRA L. PARANTEAU |
|  | Claimant |

STIPULATION FOR THE INTERLOCUTORY SALE OF
1507 NE 341st AVENUE, WASHOUGAL, WASHINGTON–5
(C05-0171C)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

This Stipulation for Interlocutory Sale is hereby approved.

DATED this  26th  day of  July , 2005.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION FOR THE INTERLOCUTORY SALE OF
1507 NE 341st AVENUE, WASHOUGAL, WASHINGTON–6
(C05-0171C)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970