Judge Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 1507 NE 341st AVENUE, WASHOUGAL, WASHINGTON, its Buildings, Improvements, Appurtenances, Fixtures, Attachments and Easements,<br><br>REAL PROPERTY LOCATED AT 4640 MOSQUITO LAKE ROAD, DEMING, WASHINGTON, its Buildings, Improvements, Appurtenances, Fixtures, Attachments and Easements, and<br><br>REAL PROPERTY IDENTIFIED AS TAX PARCEL # 370503 200310 0000 and 370503 152300 0000 LOCATED AT MOSQUITO LAKE ROAD, DEMING, WASHINGTON, its Buildings, Improvements, Appurtenances, Fixtures, Attachments and Easements.<br><br>Defendants. | NO. C05-0171C<br><br>STIPULATION FOR INTERLOCUTORY SALE OF THE REAL PROPERTY LOCATED AT 4640 MOSQUITO LAKE ROAD, DEMING, WASHINGTON AND FORFEITURE OF A PORTION OF THE NET SALE PROCEEDS<br><br>(Title vested in the name of Randolph E. Nolander) |

The undersigned parties in this action, the United States of America and Tamra

STIPULATION FOR THE INTERLOCUTORY SALE OF
4640 MOSQUITO LAKE ROAD, DEMING, WA--1

1  Paranteau, William Paranteau, and Randolph E. Nolander by and through their respective
2  undersigned counsel, hereby stipulate and agree to the Interlocutory Sale of the real
3  property located at 4640 Mosquito Lake Road, Deming, Washington (hereinafter
4  "defendant real property"), as follows:

5      1.     This is a civil case, wherein the above identified property has been named
6  as a defendant asset in a civil forfeiture action, seeking forfeiture pursuant to Title 21,
7  United States Code, Section 881(a)(6), as proceeds of alleged violations of Title 21,
8  United States Code, Section 841(a)(1), and pursuant to Title 18, United States Code,
9  Section 981(a)(1)(A), as property involved in money laundering transactions, or property
10 traceable to such property, in violation of Title 18, United States Code, Section
11 1956(a)(1)(B)(i).

12     2. The defendant real property is located in Whatcom County, State of
13 Washington, and is more particularly described as follows:

> THE SOUTH HALF OF THE FOLLOWING DESCRIBED TRACT; THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER EXCEPT THE SOUTH 330 FEET THEREOF, IN SECTION 2, TOWNSHIP 38 NORTH, RANGE 5 EAST OF W.M., IN WHATCOM COUNTY, WASHINGTON, EXCEPT ROAD.
>
> Tax Parcel No. 380502 332190 0000

19     The defendant real property was acquired by Randolph Nolander in 1997.
20     3.     The parties, Tamra Paranteau, William Paranteau and Randolph
21 Nolander, titled owner of the property, hereby stipulate and agree that it is in the best
22 interest of all the parties for the property to be sold in an interlocutory sale to avoid
23 economic waste, to pay off the deed of trust beneficiary and to deposit the remaining
24 funds after deduction of the costs of the sale, to be held as a substitute <u>res</u> during the
25 pendency of the civil forfeiture litigation.
26     4.     The purchase price of the defendant real property will be a cash price.
27     5.     The parties agree that the net proceeds from the sale of the defendant real
28

STIPULATION FOR THE INTERLOCUTORY SALE OF
4640 MOSQUITO LAKE ROAD, DEMING, WA--2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

property will include all money realized from the sale of the defendant property, except the following, which, upon closing of the sale, are to be disbursed as follows:

    a)    real estate commissions, if any, and any other costs associated with the marketing and sale of the defendant real property;

    b)    The amounts due the lienholder, Washington Mutual, pursuant to its promissory note and deed of trust.  Whatcom Land Title, Co., the escrow agent, will submit to the United States at the time of closing, an itemized statement of all funds due to pay in full on the note and deed of trust.

    c)    Amounts due the holder of any other valid liens which were recorded prior the time plaintiff's notice of *Lis Pendens* was recorded, including

        i) Real estate property taxes which are due and owing;

        ii) Insurance costs, if any, paid by the lienholder, Washington Mutual;

    d)    Escrow fees;

    e)    Document recording fees not paid by the buyer;

    f)    Title fees; and

    g)    County transfer taxes.

9.   The balance of the sale proceeds, including the earnest money payment and down payment, will be paid by the escrow agent to the United States in the form of a check issued to the United States Marshals Service to be deposited in the United States Marshal's Service Seized Asset Deposit Fund pending the conclusion of the forfeiture proceedings and further order of the Court.

10.   Plaintiff and Claimants Tamra Paranteau, William Paranteau, and Randolph E. Nolander hereby agree to substitute the net sales proceeds realized from the sale of the defendant property as a "substitute *res*" for the defendant real property in this

STIPULATION FOR THE INTERLOCUTORY SALE OF
4640 MOSQUITO LAKE ROAD, DEMING, WA--3

1  lawsuit and as substitute property in any related criminal case.  The Court shall retain
2  jurisdiction over the net sales proceeds until the conclusion of the forfeiture proceedings.
3    11.    The claimants and Randolph E. Nolander further agree to the entry of a
4  Consent Judgment of Forfeiture, forfeiting the net proceeds of the interlocutory sale of
5  the defendant real property located at 4640 Mosquito Lake Road, Deming, Washington,
6  as set forth in the plea agreement of William Paranteau in case no. CR05-0275RSM,
7  after William Paranteau is sentenced.
8    13.    Petitioners Tamra Paranteau, William Paranteau and Randolph Nolander
9   agree to release and hold harmless the United States, the United States Department of
10 Justice, the Drug Enforcement Administration, and any agents, servants, and employees
11 of the United States acting in their individual or official capacities, from any and all
12 claims by Tamra Paranteau, William Paranteau and Randolph Nolander  and their agents
13 which currently exist or which may arise as a result of the United States' forfeiture action
14 against the above listed real property, and seizure and forfeiture of the above-listed real
15 property.
16    14.    Claimants Tamra Paranteau, William Paranteau and Randolph Nolander
17 understand and agree that by entering into this Stipulation for Interlocutory Sale they
18 waive any rights to further litigate against the United States their interest in the above-
19 listed real properties.
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27
28

STIPULATION FOR THE INTERLOCUTORY SALE OF
4640 MOSQUITO LAKE ROAD, DEMING, WA--4

15. Each party shall bear its own attorneys fees and related costs in association with this Stipulation.

DATED this _____ day of _____, 2005.

Respectfully submitted,

JOHN McKAY

/s/ Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
206/ 553-2242; fax 206/ 553-6934
Richard.E.Cohen@usdoj.gov

/s/ Per C. Olson
PER C. OLSON
Attorney for Tamra L. Paranteau
Hoevet Boise & Olson, P.C.
1000 S.W. Broadway, #1500
Portland, OR 97205
503-228-0497; 503-228-7112 (fax)
Polson@hoevet-boise.com

/s/ Sarah Y. Vogel
SARAH Y. VOGEL
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970; fax 206-553-4440
Sarah.Vogel@usdoj.gov

/s/ Tamra L. Paranteau
TAMRA L. PARANTEAU
Claimant

/s/ Randolph Nolander
RANDOLPH NOLANDER

/s/ Marc D. Blackman
MARC D. BLACKMAN
Attorney for William C. Paranteau
Ransom Blackman, LLP
1001 S.W. Firth Avenue, Suite 1400
Portland, Oregon 97204-1144
503-228-0487; 503-227-5984 (fax)
Marc@ransomblackman.com

/s/ William C. Paranteau
WILLIAM C. PARANTEAU
Claimant

STIPULATION FOR THE INTERLOCUTORY SALE OF
4640 MOSQUITO LAKE ROAD, DEMING, WA--5

1 **ORDER**

2   This Stipulation for Interlocutory Sale is hereby approved.

3   DATED this   27th   day of  July  , 2005.

*[signature: John C. Coughenour]*
UNITED STATES DISTRICT JUDGE

STIPULATION FOR THE INTERLOCUTORY SALE OF
4640 MOSQUITO LAKE ROAD, DEMING, WA--6